UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60072-CIV-COHN/SELTZER

MYRIAM REMY,

    Plaintiff,

v.

AZOPHARMA CONTRACT SERVICES, INC.,
a foreign corporation, d/b/a Azopharma
Product Development Group, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND
## ORDER DENYING WITHOUT PREJUDICE MOTION TO STRIKE AND FOR DEFAULT

**THIS CAUSE** is before the Court upon the appearance of new counsel for Defendant Azopharma Contract Services, Inc. and its Motion for Extension of Time to Respond [DE 22]. That motion was filed in response to Plaintiff's Motion to Strike Pro Se and for Default [DE 21]. The Court has carefully considered both filings and is otherwise advised in the premises.

On April 21, 2010, Defendant's counsel moved to withdraw [DE 19]. This Court granted the motion, giving the Defendant corporation a deadline of May 21, 2010, to have counsel appear, as required by case law [DE 20]. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986). On May 27, 2010, Plaintiff moved to strike the answer that had been previously filed on behalf of the Defendant, and for entry of default. Before a response to that motion was due, Defendant filed a Notice of Appearance and Motion for Extension of Time to Respond filed on its behalf by new counsel of record [DE 22]. No opposition to that motion was received.

Although the Notice of Appearance was filed after the deadline, the Court will allow new counsel to appear for Defendant.  The Court will therefore deny Plaintiff's motion to strike and for default.  Cases should be decided upon their merits when possible.  The Answer filed by Defendant at docket entry 7 remains the operative pleading.  As to Defendant's motion for 30 days to respond, the Court will interpret this motion as a request to extend the remaining deadlines in the case.   The deadline for amending pleadings passed on April 16, 2010, and will not be extended.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Pro Se and for Default [DE 21] is hereby **DENIED**;
2. Defendant Azopharma Contract Services, Inc. and its Motion for Extension of Time to Respond [DE 22] is hereby **GRANTED**;
3. The fact and expert discovery cutoff in this case is extended until July 27, 2010;
4. The dispositive motion deadline is extended until August 6, 2010;
5. Calendar Call is reset for Thursday, September 30, 2010, with the trial reset for the two-week period commencing October 4, 2010.
6. No further extensions will be granted absent extraordinary circumstances.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 28th day of June, 2010.

*[signature]*
JAMES I. COHN
United States District Judge

Copies furnished:

Counsel of record