UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60072-CIV-COHN/SELTZER

MYRIAM REMY,

    Plaintiff,

v.

AZOPHARMA CONTRACT SERVICES, INC.,
a foreign corporation, d/b/a Azopharma
Product Development Group, LLC,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO STRIKE PLEADINGS AND TO ENTER DEFAULT
## ORDER DIRECTING PLAINTIFF TO FILE AFFIDAVITS RE DAMAGES

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Strike Pleadings and to Enter Default [DE 34]. The Court has considered the Motion, notes that the requested relief is unopposed, and is otherwise fully advised in this matter.

Plaintiff Myriam Remy ("Plaintiff") filed this action on January 19, 2010, for overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207 ("FLSA") [DE 1]. Plaintiff contends that Defendant failed to pay overtime compensation for hours in excess of 40 within single work weeks during the applicable limitation period. Defendant filed an Answer that denied that Plaintiff is entitled to overtime compensation [DE 7].

Defendant's initial counsel withdrew on April 22, 2010. Because Defendant had failed to obtain counsel by the Court's deadline of May 21, 2010, Plaintiff moved for default judgment and to strike Defendant's Answer [DE 21]. On June 10, 2010, Defendant's present counsel then appeared and sought a thirty (30) day continuance

[DE 22].  The Court denied Plaintiff's motion and granted the continuance [DE 23].

On August 17, 2010, Plaintiff moved to compel Defendant's deposition [DE 24]. Magistrate Judge Seltzer granted the motion and directed a deposition be taken by September 15, 2010 [DE 30].  However, no deposition was taken.  On September 29, 2010, Plaintiff again moved to compel the deposition and for sanctions [DE 31].  The Court heard argument on the motion at Calendar Call on September 30, 2010 [DE 33]. The Court directed that discovery responses be produced by October 1, 2010, and that the deposition take place on October 4, 2010.  After Defendant failed to comply with this Order, Plaintiff filed the present motion, which Defendant does not oppose.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Strike Pleadings and to Enter Default [DE 34] is hereby **GRANTED**;

2. Defendant's Answer and Affirmative Defenses [DE 7] is hereby **STRICKEN**;

3. The Clerk shall enter default on behalf of Plaintiff, and the Court finds that Defendant is liable to Plaintiff for the overtime compensation claim in the Complaint;

4. **By October 12, 2010**, Plaintiff shall submit affidavit(s) showing how much overtime pay is owed by Defendant.  The Court will then enter judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of October, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record